October 27, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

NERY EDUARDO BENAVIDES, Appellant

NO. 14-10-00768-CR                    V.
NO. 14-10-00769-CR

THE STATE OF TEXAS, Appellee
_____

These consolidated causes (14-10-00768-CR, 14-10-00769-CR) were heard on the transcript of the record of the court below.  Having considered the record, this Court holds that there was no error in the judgments.  The Court orders the judgments **AFFIRMED**, and that this decision be certified below for observance.